| Cortney Merritts Expense Breakdown for 2019 | |
|---|---|
| Food/Restaurants | (5,211.56) |
| Cash Withdrawal | (3,216.95) |
| Transfers | (3,215.00) |
| Gas/Convience Stores | (2,229.94) |
| General Merchandise | (1,943.05) |
| Bar/Alcohol | (1,030.60) |
| Hotels | (1,007.24) |
| Utilities | (915.22) |
| Clothes | (762.29) |
| Flights | (645.60) |
| Entertainment | (585.47) |
| Unknown | (268.49) |
| Repairs/Maintenance | (252.67) |
| Phone | (205.85) |
| Local Transportation | (169.04) |
| Moving Supplies | (118.01) |
| Miscellaneous | (113.81) |
| Beauty Products | (55.12) |
| Sporting Goods | (49.58) |
| Furniture | (47.31) |
| Car Related | (32.10) |
| Bank Fees | (30.00) |
| Postage | (14.70) |
| Grand Total | (22,119.60) |

| Cortney Merritts Expense Breakdown for 2020 | |
|---|---:|
| Food/Restaurants | (8,501.04) |
| Cash Withdrawal | (4,495.90) |
| Transfers | (2,926.00) |
| Gas/Convience Stores | (2,752.20) |
| Bar/Alcohol | (2,155.75) |
| General Merchandise | (1,864.24) |
| Hotels | (1,280.76) |
| Clothes | (1,155.80) |
| Car Related | (984.48) |
| Moving Supplies | (858.85) |
| Miscellaneous | (768.40) |
| Flights | (450.12) |
| Repairs/Maintenance | (318.45) |
| Unknown | (243.78) |
| Phone | (190.42) |
| Bank Fees | (166.00) |
| Entertainment | (157.93) |
| Electronics | (58.34) |
| Sporting Goods | (43.34) |
| Insurance | (21.00) |
| Postage | (7.75) |
| Local Transportation | (7.00) |
| Grand Total | (29,407.55) |

| Cortney Merritts Expense Breakdown for 2021 | |
| --- | --- |
| Food/Restaurants | (10,013.74) |
| Cash Withdrawal | (4,242.95) |
| Transfers | (4,176.87) |
| Moving Supplies | (3,424.61) |
| Bar/Alcohol | (2,763.72) |
| Gas/Convience Stores | (2,353.09) |
| Clothes | (2,069.97) |
| General Merchandise | (1,856.85) |
| Local Transportation | (1,058.79) |
| Hotels | (588.34) |
| Entertainment | (547.22) |
| Miscellaneous | (345.09) |
| Unknown | (320.84) |
| Repairs/Maintenance | (262.78) |
| Car Related | (218.69) |
| Bank Fees | (127.00) |
| Investment | (100.00) |
| Flights | (99.96) |
| Electronics | (18.98) |
| Grand Total | (34,589.49) |