**Merritts Expense Breakdown**

| Sum of DEBIT | | | |
|---|---|---|---|
| | **2019 Total** | **2020 Total** | **2021 Total** |
| **Row Labels** | | | |
| Food/Restaurants | (5,211.56) | (8,501.04) | (10,013.74) |
| Cash Withdrawal | (3,216.95) | (4,495.90) | (4,242.95) |
| Transfers | (3,786.17) | (4,586.00) | (4,627.87) |
| Gas/Convience Stores | (2,229.94) | (2,752.20) | (2,353.09) |
| Bar/Alcohol | (1,030.60) | (2,155.75) | (2,763.72) |
| General Merchandise | (1,943.05) | (1,864.24) | (1,856.85) |
| Moving Supplies | (118.01) | (858.85) | (3,424.61) |
| Clothes | (762.29) | (1,155.80) | (2,069.97) |
| Hotels | (1,007.24) | (1,280.76) | (588.34) |
| Car Related | (32.10) | (984.48) | (218.69) |
| Utilities | (915.22) | | |
| Entertainment | (585.47) | (157.93) | (547.22) |
| Local Transportation | (169.04) | (7.00) | (1,058.79) |
| Miscellaneous | (113.81) | (768.40) | (345.09) |
| Flights | (645.60) | (450.12) | (99.96) |
| Unknown | (268.49) | (243.78) | (320.84) |
| Repairs/Maintenance | (252.67) | (318.45) | (262.78) |
| Bank Fees | (30.00) | (166.00) | (127.00) |
| Phone | (205.85) | (190.42) | |
| Insurance | | (21.00) | |
| Investment | | | (100.00) |
| Electronics | | (58.34) | (18.98) |
| Sporting Goods | (49.58) | (43.34) | |
| Furniture | (47.31) | | |
| Beauty Products | (55.12) | | |
| Postage | (14.70) | (7.75) | |
| **Grand Total** | (22,690.77) | (31,067.55) | (35,040.49) |