**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 25-cr-00076-JMC** |
| | : | |
| **CORTNEY MERRITTS,** | : | |
| | : | |
| **Defendant.** | : | |

**ATTACHMENT 7 TO JOINT PRETRIAL STATEMENT**
**GOVERNMENT'S PRELIMINARY WITNESS LIST**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, anticipates calling the following persons as witnesses in the above-captioned trial:

1. FBI Special Agent Asia Major-Waithe

2. FBI Forensic Accountant Brian Marchelewski

3. IRS Special Agent Joquin Sequeira

4. Lisa Turner

5. Michael Burchfiel, Small Business Administration

6. Christine Nell, Small Business Administration

7. Representative of Prestamos CDFI, LLC (to be identified)

8. Records Custodians, if necessary, for the admission of any government exhibit