**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 25-cr-00076-JMC** |
| | **:** | |
| **CORTNEY MERRITTS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ATTACHMENT 8 TO JOINT PRETRIAL STATEMENT**
**DEFENDANT'S PRELIMINARY WITNESS LIST**

Defendant Cortney Merritts ("Merritts"), by and through undersigned counsel, anticipates calling the following persons as witnesses in the above-captioned trial:

1. FBI Special Agent Asia Major-Waithe

2. FBI Special Agent Daniel Mehochko

3. FBI Special Agent Derek Velazco

4. FBI Forensic Accountant Brian Marchelewski

5. Tetika Buchheit

6. Cori Bush[1]

---

[1] On November 26, 2025, the Defendant identified Ms. Bush as a witness. The government intends to file a motion *in limine* prior to the pretrial conference to exclude her testimony.