**Rapid Intake Form Data Lookup**

Application Number 3309448240
Name Cortney Merritts
Business Name
IP Address 2600:1700:7aa1:96a0:f0c8:ba7c:ae61:d3ce

| FIELD # | FORM NAME | TYPE | REQUIRED | VALUE | TIMESTAMP |
|---|---|---|---|---|---|
| | | | **PAGE 1** | | |
| 1 | Eligibility Requirements Applicant Type | Radio | Yes | Applicant is an individual who operates under a sole proprietorship, with or without employees, or as an independent contractor. | 7/8/2020 11:37 AM |
| | **HEADER: Review and Check all of the Following: Applicant must review and check all of the following (If Applicant is unable to check all of the following, Applicant is not an Eligible Entity)** | | | | |
| 2 | Applicant is not engaged in any illegal activity (as defined by Federal guidelines). | Checkbox* | Yes | 1 | 7/8/2020 11:37 AM |
| 3 | No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations. | Checkbox* | Yes | 1 | 7/8/2020 11:37 AM |
| 4 | Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature. | Checkbox* | Yes | 1 | 7/8/2020 11:37 AM |
| 5 | Applicant does not derive more than one-third of gross annual revenue from legal gambling activities. | Checkbox* | Yes | 1 | 7/8/2020 11:37 AM |
| 6 | Applicant is not in the business of lobbying. | Checkbox* | Yes | 1 | 7/8/2020 11:37 AM |
| 7 | Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress. | Checkbox* | Yes | 1 | 7/8/2020 11:37 AM |
| | | | **PAGE 2** | | |
| | **HEADER: Business Information** | | | | |
| 8 | Business Legal Name * | Text | Yes | Cortney Merritts | 7/8/2020 11:37 AM |
| 9 | Trade Name * | Text | Yes | Services | 7/8/2020 11:37 AM |
| 10 | EIN/SSN for Sole Proprietorship * | Text | Yes | ▇1471 | 7/8/2020 11:37 AM |
| 11 | Organization Type * | Picklist | Yes | Sole-Proprietorship | 7/8/2020 11:37 AM |
| 12 | Is the Applicant a Non-Profit Organization? * | Radio | Yes | No | 7/8/2020 11:37 AM |
| 13 | Is the Applicant a Franchise? * | Radio | Yes | No | 7/8/2020 11:37 AM |
| 14 | Gross Revenues for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $53,000.00 | 7/8/2020 11:37 AM |
| 15 | Cost of Goods Sold for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) * | Text | Yes | $0.00 | 7/8/2020 11:37 AM |
| 16 | Rental Properties (Rental and Commercial) Only - Lost Rents Due to the Disaster | Text | No | $0.00 | 7/8/2020 11:37 AM |
| 17 | Non-Profit or Agricultural Enterprise Cost of Operation for the Twelve(12) Month Prior to the Date of the Disaster (January 31, 2020) | Text | No | $0.00 | 7/8/2020 11:37 AM |
| 18 | Compensation From Other Sources Received as Result of the Disaster | Text | No | $0.00 | 7/8/2020 11:37 AM |
| 19 | Provide Brief Description of Other Compensation Sources | Text | No | NULL | 7/8/2020 11:37 AM |
| 20 | Primary Business Address (Cannot be P.O. Box) * | Text | Yes | ▇▇▇ | 7/8/2020 11:37 AM |
| 21 | City * | Text | Yes | Saint Louis | 7/8/2020 11:37 AM |
| 22 | State * | Picklist | Yes | MO | 7/8/2020 11:37 AM |
| 23 | County | Text | No | NULL | 7/8/2020 11:37 AM |
| 24 | ZIP * | Text | Yes | 63101 | 7/8/2020 11:37 AM |
| 25 | Business Phone * | Text | Yes | ▇7395 | 7/8/2020 11:37 AM |
| 26 | Alternative Business Phone | Text | No | NULL | 7/8/2020 11:37 AM |
| 27 | Business Fax | Text | No | NULL | 7/8/2020 11:37 AM |
| 28 | Business Email | Text | No | ▇@gmail.com | 7/8/2020 11:37 AM |
| 29 | Date Business Established * | Date | Yes | 2/1/2019 | 7/8/2020 11:37 AM |
| 30 | Current Ownership Since * | Text | Yes | 2/1/2020 | 7/8/2020 11:37 AM |
| 31 | Business Activity * | Picklist | Yes | Freight | 7/8/2020 11:37 AM |
| 32 | Detailed Business Activity * | Picklist | Yes | Tractor Trailer Transportation | 7/8/2020 11:37 AM |
| 33 | Number of Employees (As of January 31, 2020) * | Text | Yes | 10 | 7/8/2020 11:37 AM |
| | | | **PAGE 3** | | |
| | **HEADER: Business Owners Information** | | | | |
| 34 | Is Your Business Owned by a Business Entity? * | Radio | Yes | No | 7/8/2020 11:37 AM |
| | **HEADER: Business Applicant Parent Entity** | | | | |
| 35 | Legal Name * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 36 | Street Address * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 37 | City * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 38 | State * | Picklist | Yes | NULL | 7/8/2020 11:37 AM |

USAO-009610

| | | | | | |
|---|---|---|---|---|---|
| 39 | EIN * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 40 | ZIP * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 41 | Business Phone * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 42 | Business Email * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 43 | Business Type * | Picklist | Yes | NULL | 7/8/2020 11:37 AM |
| 44 | Ownership Percent * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| **HEADER: Individual Owners** | | | | | |
| **HEADER: Owner 1** | | | | | |
| 45-a | First Name * | Text | Yes | Cortney | 7/8/2020 11:37 AM |
| 46-a | Last Name * | Text | Yes | Merritts | 7/8/2020 11:37 AM |
| 47-a | Mobile Phone * | Text | Yes | ▮7395 | 7/8/2020 11:37 AM |
| 48-a | Title / Office * | Picklist | Yes | CEO | 7/8/2020 11:37 AM |
| 49-a | Ownership Percent * | Text | Yes | 100 | 7/8/2020 11:37 AM |
| 50-a | Email * | Text | Yes | ▮@gmail.com | 7/8/2020 11:37 AM |
| 51-a | SSN * | Text | Yes | ▮471 | 7/8/2020 11:37 AM |
| 52-a | Birth Date * | Date | Yes | ▮/1977 | 7/8/2020 11:37 AM |
| 53-a | Place of Birth * | Text | Yes | Illinois | 7/8/2020 11:37 AM |
| 54-a | US Citizen * | Radio | Yes | Yes | 7/8/2020 11:37 AM |
| 55-a | Residential Street Address * | Text | Yes | ▮ | 7/8/2020 11:37 AM |
| 56-a | City * | Text | Yes | Saint Louis | 7/8/2020 11:37 AM |
| 57-a | State * | Picklist | Yes | MO | 7/8/2020 11:37 AM |
| 58-a | ZIP * | Text | Yes | 63101 | 7/8/2020 11:37 AM |
| **HEADER: Owner 2** | | | | | |
| 45-b | First Name * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 46-b | Last Name * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 47-b | Mobile Phone * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 48-b | Title / Office * | Picklist | Yes | NULL | 7/8/2020 11:37 AM |
| 49-b | Ownership Percent * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 50-b | Email * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 51-b | SSN * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 52-b | Birth Date * | Date | Yes | NULL | 7/8/2020 11:37 AM |
| 53-b | Place of Birth * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 54-b | US Citizen * | Radio | Yes | NULL | 7/8/2020 11:37 AM |
| 55-b | Residential Street Address * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 56-b | City * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 57-b | State * | Picklist | Yes | NULL | 7/8/2020 11:37 AM |
| 58-b | ZIP * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| **HEADER: Owner 3** | | | | | |
| 45-c | First Name * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 46-c | Last Name * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 47-c | Mobile Phone * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 48-c | Title / Office * | Picklist | Yes | NULL | 7/8/2020 11:37 AM |
| 49-c | Ownership Percent * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 50-c | Email * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 51-c | SSN * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 52-c | Birth Date * | Date | Yes | NULL | 7/8/2020 11:37 AM |
| 53-c | Place of Birth * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 54-c | US Citizen * | Radio | Yes | NULL | 7/8/2020 11:37 AM |
| 55-c | Residential Street Address * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 56-c | City * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 57-c | State * | Picklist | Yes | NULL | 7/8/2020 11:37 AM |
| 58-c | ZIP * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| **HEADER: Owner 4** | | | | | |
| 45-d | First Name * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 46-d | Last Name * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 47-d | Mobile Phone * | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 48-d | Title / Office * | Picklist | Yes | NULL | 7/8/2020 11:37 AM |

USAO-009611

| | | | | | | |
|---|---|---|---|---|---|---|
| 49-d | Ownership Percent * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 50-d | Email * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 51-d | SSN * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 52-d | Birth Date * | | Date | Yes | NULL | 7/8/2020 11:37 AM |
| 53-d | Place of Birth * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 54-d | US Citizen * | | Radio | Yes | NULL | 7/8/2020 11:37 AM |
| 55-d | Residential Street Address * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 56-d | City * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 57-d | State * | | Picklist | Yes | NULL | 7/8/2020 11:37 AM |
| 58-d | ZIP * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| **HEADER: Owner 5** | | | | | | |
| 45-e | First Name * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 46-e | Last Name * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 47-e | Mobile Phone * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 48-e | Title / Office * | | Picklist | Yes | NULL | 7/8/2020 11:37 AM |
| 49-e | Ownership Percent * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 50-e | Email * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 51-e | SSN * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 52-e | Birth Date * | | Date | Yes | NULL | 7/8/2020 11:37 AM |
| 53-e | Place of Birth * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 54-e | US Citizen * | | Radio | Yes | NULL | 7/8/2020 11:37 AM |
| 55-e | Residential Street Address * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 56-e | City * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| 57-e | State * | | Picklist | Yes | NULL | 7/8/2020 11:37 AM |
| 58-e | ZIP * | | Text | Yes | NULL | 7/8/2020 11:37 AM |
| **PAGE 4** | | | | | | |
| **HEADER: Additional Information** | | | | | | |
| 59 | In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction? * | | Radio | Yes | No | 7/8/2020 11:37 AM |
| 60 | Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans? * | | Radio | Yes | No | 7/8/2020 11:37 AM |
| 61 | a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? <br> b.Within the last 5 years, for any felony, have you ever been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgement)? * | | Radio | Yes | No | 7/8/2020 11:37 AM |
| **HEADER: If anyone assisted you in completing this application, whether you pay a fee for this service or not, that person must enter their information below.** | | | | | | |
| 62 | Individual Name | | Text | No | NULL | 7/8/2020 11:37 AM |
| 63 | Name of Company | | Text | No | NULL | 7/8/2020 11:37 AM |
| 64 | Phone Number | | Text | No | NULL | 7/8/2020 11:37 AM |
| 65 | Street Address, City, State, ZIP | | Text | No | NULL | 7/8/2020 11:37 AM |
| 66 | Fee Charged or Agreed Upon | | Text | No | NULL | 7/8/2020 11:37 AM |
| 67 | I give permission for SBA to discuss any portion of this application with the representative listed above. * | | Radio | Yes | No | 7/8/2020 11:37 AM |
| 68 | I would like to be considered for an advance of up to $10,000. | | Checkbox* | No | 1 | 7/8/2020 11:37 AM |
| **HEADER: Where to Send Funds** | | | | | | |
| 69 | Bank Name * | | Text | Yes | Navy Federal | 7/8/2020 11:37 AM |
| 70 | Account Number * | | Text | Yes | ██████2454 | 7/8/2020 11:37 AM |
| 71 | Routing Number * | | Text | Yes | ██████ | 7/8/2020 11:37 AM |
| 72 | I hereby certify UNDER PENTALY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct. ** | | Checkbox* | Yes | 1 | 7/8/2020 11:37 AM |
| **PAGE 5** | | | | | | |
| **HEADER: Summary** | | | | | | |
| 73 | I'm not a robot * | | Checkbox* | Yes | 1 | 7/8/2020 11:37 AM |
| 74 | Submit * | | Button | Yes | 1 | 7/8/2020 11:37 AM |

USAO-009612

\* Checkbox: 0 = unchecked, 1 = checked

\*\* The checkbox field "I hereby certify UNDER PENTALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct." is preceded by the following statement:

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan. I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.
I /We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

USAO-009613