**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
### (Sole Proprietorship)
▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ **Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.**

OMB No. 1545-0074

**2020**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor | Social security number (SSN) |
| Cortney Merritts | ███ 1471 |

**A** Principal business or profession, including product or service (see instructions)
All Other Support Activities for Transportation  (488999)

**B** Enter code from instructions
▶ 4 8 8 9 9 9

**C** Business name. If no separate business name, leave blank.
Cortney Merritts

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ [redacted]
City, town or post office, state, and ZIP code   Saint Louis, Missouri 63101

**F** Accounting method:   (1) ☐ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2020? If "No," see instructions for limit on losses   ☑ Yes   ☐ No

**H** If you started or acquired this business during 2020, check here   ▶ ☑

**I** Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions   ☐ Yes   ☐ No

**J** If "Yes," did you or will you file required Form(s) 1099?   ☐ Yes   ☐ No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▶ ☐ | 1 | 128000 |
| 2 | Returns and allowances . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . | 3 | 128000 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . ▶ | 7 | 128000 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . | 8 | 1111 | 18 | Office expense (see instructions) | 18 | |
| 9 | ...enses (see ...structions). . . | 9 | | 19 | ...ion and profit-s... | 19 | |
| 10 | ...ommissions a...es . | 10 | | 2... | ...or lease (see in...ions): | | |
| 11 | ...ontract labor (se...uctions | 11 | | | V...s, machinery,...quipment | 20a | |
| 12 | ...epletion . . . . | 12 | | | Ot...usiness prop | 20b | |
| 13 | ...epreciation an...on 179 ...xpense...ded (no...cluded in...II) (see...struction . . . | 13 | | | Rep...nd mainte | 21 | |
| | | | | | Supp...ot includ...art III) . | 22 | 1555 |
| | | | | | ...censes . . . | 23 | |
| 14 | ...efit programs (other than on line 19) . . . | 14 | | 24 | Travel...eals: | | |
| | | | | a | Travel . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) . . . . . . | 24b | 2500 |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . | 26 | |
| b | Other . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | |
| 17 | Legal and professional services | 17 | | b | **Reserved for future use** . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . ▶ | 28 | 5166 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . | 29 | 122834 |

30   Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
**Simplified method filers only:** Enter the total square footage of (a) your home: _____
and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30   . . . . . . . .   | 30 | |

31   **Net profit or (loss).** Subtract line 30 from line 29.
 • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**
 • If a loss, you **must** go to line 32.   | 31 | 121634 |

32   If you have a loss, check the box that describes your investment in this activity. See instructions.
 • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**
 • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

**For Paperwork Reduction Act Notice, see the separate instructions.**   Cat. No. 11334P   Schedule C (Form 1040) 2020

USAO-009554

Schedule C (Form 1040) 2020

Page **2**

| Part III | Cost of Goods Sold (see instructions) |
|---|---|

33 Method(s) used to
value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . | 40 | |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . | 42 | |

| Part IV | Information on Your Vehicle.  Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43 When did you place your vehicle in service for business purposes? (month/day/year)  ▶ _____ / _____ / _____

44 f the total n        of miles     rove your veh        uring 2020, en        ber of miles y        ed your vehicle for:

  usiness _____  **b** Com        ng (see instr        s) _____  **c** Other _____

45 Was your vehic        lable f        sonal use du        ff-duty ho        . . . . . . . . . ☐ Yes  ☐ No

46 o you (or        ouse) hav        her vehicle a        le for p        al use? . . . . . . . . . . ☐ Yes  ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . ☐ Yes  ☐ No

  **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| Part V | Other Expenses.  List below business expenses not included on lines 8–26 or line 30. |
|---|---|

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| | | | |
|---|---|---|---|
| 48 | **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . | 48 | |

Schedule C (Form 1040) 2020

USAO-009555