THE STATE OF MISSOURI        )
COUNTY OF COLE               )

## CERTIFICATE OF NO RECORD AFFIDAVIT

Before me, the undersigned authority, personally appeared Paula Jacobs, being by me duly sworn states as follows:

I, Paula Jacob, Director of Business Services for the Missouri Secretary of State, do hereby certify that there are no records in the Missouri Secretary of State's Office for:

➤ ANY ENTITY USING OR ASSOCIATED WITH EIN ███ 5371
➤ CORTNEY MARREZ MERRITS: dob ███ 1977 INDIVIDUALLY OR DOING BUSINESS AS:
  • VETTED COURIERS AND LOGISTICS
  • VETTED MOVERS, OR
  • VETTED MOVERS AND COURIERS
➤ ANY ENTITIY INCORPORATED OR DOING BUSINESS AS OR UNDER THE NAME OF THE FOLLOWING:
  • VETTED COURIERS AND LOGISTICS
  • VETTED MOVERS, or
  • VETTED MOVERS AND COURIERS

The above is not nor has ever been, registered as a Foreign or Domestic Corporation, Foreign or Domestic Limited Partnership, Foreign or Domestic Limited Liability Company, Foreign or Domestic Liability Partnership, Foreign or Domestic Limited Liability Limited Partnership, under the Fictitious Name Act, or any other business entity required by law to file with the Missouri Secretary of State.

*Paula Jacobs*

Paula Jacobs
Director of Business Services

On this 8th day of January, 2025, before me, the undersigned notary public, personally appeared Paula Jacobs, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained. In witness whereof, I hereunto set my hand and official seal.

*Madison Shuley*
Signature of Notary

MADISON SHELEY
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES APRIL 25, 2027
OSAGE COUNTY
COMMISSION #23801816

USAO-002095

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is ___Paula   Jacobs___.
(name of declarant)

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #GJ20241231126254 dated December 31, 2024, signed by Assistant United States Attorney Matthew B. Burke, requesting specified records of the business named below.

EIN ████████371
Cortney Marrez Merritts   Vetted Movers,
Attached hereto are ___0___ pages of records regarding _vetted Couriers and Logistics,_   or Vetted Movers
(Brief description of type of documents being subpoenaed)   and
responsive to the subpoena. I   Couriers

understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1-8-25___.
(date)

___Paula Jacobs___
(signature of declarant)

___Paula  Jacobs- Director Business Services___
(name and title of declarant)

___Missouri  Secretary  of State___
(name of business)

___600 W. Main Street___
(business address)

___Jefferson City, MO 65109___
(business address)

Definitions of terms used above:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

USAO-002096