**C**  Chris Mover ⌄

9:33 PM

Ok. It's at <u>10 am.</u> I'm guessing between <u>6-7</u> hours or so. I'll pay out at the end of the job and whatever tips you make are yours. I'll send you the address sir.

9:36 PM

Awesome

9:50 PM

Here's the address Chris.

10:00 PM

ne:   **Vetted Movers**

**John Stevens**

▮▮▮▮▮▮  ▮▮▮▮▮▮ Ln

(Street)

**Town and Country**                    MO

(City)                                              (State,

MMS 10:00 PM

CM000190