

Case 1:25-cr-00076-JMC    Document 35    Filed 12/02/25    Page 1 of 4

**3264** ⌄

## Tuesday, October 22, 2019

Hi Danielle, this is Cortney with Vetted Movers. I'm on a job so I'm texting from my personal number. We are available <u>Oct 25th</u>. What area are you moving to and from.

10:16 AM

From ███████████████ Drive in Saint Peters to ████ ███████████ Drive in Saint Charles.

11:17 AM

We can definitely get y moved Danielle

12:31     63%

< +   **3264** ⌄   ⋮

> We can definitely get you moved Danielle

11:45 AM

What do you charge? We will have all boxes out in the garage.  The furniture consists of 2 sectional couches, 1 bed, one dresser and mirror, a few small end tables, a small kitchen table and the 4 chairs that go with it.  We have two sets of washers and dryers that will need to come up from the bas

View all   >

12:40 PM

We will probably bring the washers and dryers

12:31     63%

<  +    **3264** ˅    ⋮

We will probably bring the washers and dryers out to the garage ourselves.  A few TVs and a couple of tv stands too.

12:45 PM

Sorry for the late response Danielle. It's 125/hr. From what you described it seems like maybe a three-four hour move.

1:31 PM

Ok.  I will let you know by tonight.  Thank you!

3:20 PM

Great. Look forward to hearing from you later

12:32     63%

< 👤 +        **3264** ⌄        ⋮

Great. Look forward to hearing from you later ma'am.

3:49 PM

Cortney, we would love your help on Friday.  We will have the keys to the new house by 10ish AM on <u>Friday, 10/25.</u>  What is your timing like that morning?

4:50 PM

Awesome. We can be at the first house between 8 and 9. I'm going to try for as early as possible to be at the second

house when you all get the keys. Looking

  + ☺

||| ◯ ‹