Case 1:25-cr-00076-JMC   Document 35-12   Filed 12/02/25   Page 1 of 4

## C   Chris Mover ⌄

**Thursday, July 30, 2020**

Hey, it's Chris. Just got off the phone with you

3:52 PM

Ok. I'm locking you in Chris

3:56 PM

**Monday, August 3, 2020**

What's going on Chris? Sorry about not getting back to you and got the late text. It was an extremely busy weekend. I have a job tomorrow morning if you're interested. It's loading up 3 pods in the Town and Country area. You can call or text at

 

Case 1:25-cr-00076-JMC   Document 35-12   Filed 12/02/25   Page 2 of 4

C   **Chris Mover** ⌄

Monday, August 3, 2020

What's going on Chris? Sorry about not getting back to you and got the late text. It was an extremely busy weekend. I have a job tomorrow morning if you're interested. It's loading up 3 pods in the Town and Country area. You can call or text at this number if interested. Thanks, Cortney.

9:32 PM

Yeah I'll do it

9:33 PM



Ok, It's at 10 am. I'm guessing between 6-7

**C** Chris Mover

9:33 PM

Ok. It's at <u>10 am.</u> I'm guessing between <u>6-7</u> hours or so. I'll pay out at the end of the job and whatever tips you make are yours. I'll send you the address sir.

9:36 PM

Awesome

9:50 PM

Here's the address Chris.

10:00 PM

ne:        Vetted Movers

Ln

(Street)

Town and Country                    MO

(City)                              (State,)

MMS 10:00 PM

1:32        🔕 📶 29% 🔋

‹   C   **Chris Mover** ⌄     ⋮

MMS 10:00 PM

**Thank you**

10:13 PM

No problem. I'll see you tomorrow morning

10:13 PM

Thursday, August 6, 2020

A friend of mine who has a moving company has an unload this Saturday in Arnold and needs two extra guys to work if you want to work it.

11:34 AM

**Yeah I'll do it**

11:34 AM

Appreciate it

11:35 AM