

Case 1:25-cr-00076-JMC   Document 35-13   Filed 12/02/25   Page 1 of 10

4177

Tuesday, June 29, 2021

+██████████0044 - Hi Cortney! This is ██████ ████████████████████ ████████████ they passed me your info.

What's Vetted Movers' availability for the week of July 12th? I'm moving apartments (right across the street!) and have a pretty flexible timeline. Any chance you have an opening betwee

View all   &gt;

4:29 PM

Hey, what's going on

Chloe? We will definitely
get you moved that week.
I'll check My calendar

<    4177 ⌄    ⋮

4:29 PM

Hey, what's going on █████? We will definitely get you moved that week. I'll check My calendar and we can come up with the best date. And is it from the place I moved you into? Could you send me the current and latter addresses so I can see exactly what I'll need to bring. Thanks and hope things hav

View all    >

6:21 PM

Wednesday, June 30, 2021

+█████0044 - Great!
Yep, same place as
before, and the new one is
about three and a half feet

 

Case 1:25-cr-00076-JMC    Document 35-13    Filed 12/02/25    Page 3 of 10

🔇 📶6⁺ 📶 48% 🔋

< 👤 + **4177** ⌄ ⋮

**Wednesday, June 30, 2021**

+█████████0044 - Great!
Yep, same place as before, and the new one is about three and a half feet away, haha. The address is █████ Southwood.
Let me know what day works for you!

5:50 PM

**Friday, July 2, 2021**

Lol. Awesome. I'll let you know in a couple of days which day works out best. I'm more looking at the weather for those days and picking a day without

rain. Since your things will get walked across the

< 👤 +                    4177 ⌄              ⋮

Lol. Awesome. I'll let you know in a couple of days which day works out best. I'm more looking at the weather for those days and picking a day without rain. Since your things will get walked across the street.

2:09 PM

+_____0044 - My bad-- I shouldn't have said it was /across/ the street. One building backs up to another, so you'd probably still drive. Either way, makes sense to wait out rain.

6:51 PM

Monday, July 5, 2021


< 👤 +                    4177 ⌄            ⋮

Monday, July 5, 2021

**+**████████**0044** - How about Tuesday? The forecast says party cloudy.

4:18 PM

Tuesday works great for me

5:05 PM

**+**████████**0044** - Liked "Tuesday works great for me"

5:59 PM

Saturday, July 10, 2021

**+**████████**0044** - Hi again! Been getting everything organized for Tuesday, and it's looking like we'll need three stops: --Move stuff from

⌄

🖼 📷 +                              ☺   ᰛ

||| ◯ ‹

Case 1:25-cr-00076-JMC    Document 35-13    Filed 12/02/25    Page 6 of 10

48%

< +    4177 ⌄    ⋮

+_____0044 - Hi again! Been getting everything organized for Tuesday, and it's looking like we'll need three stops:
--Move stuff from Rosebury apartment to Southwood, one street over
--Take two pieces of furniture to my folks' storage unit on Page
--Pick up a table from my grandpa's house in Ballw

View all                    >

2:29 PM

What's going on ____ ? 3 stops is doable. It'll be a long day but we'll get it

 

Case 1:25-cr-00076-JMC　　Document 35-13　　Filed 12/02/25　　Page 7 of 10

< 　+　　　　4177 ⌄　　⋮

View all　　　　　　　　　　>

2:29 PM

What's going on ██████? 3 stops is doable. It'll be a long day but we'll get it done. What furniture are you taking to storage? We may need to rearrange things if it's two bigger pieces. It wasn't a lot of room left in the storage unit when I was there a couple of weeks ago. But we'll get it figured

View all　　　　　　　　　　>

2:45 PM

+████████0044 - Yeah, I thought it sounded like a long day, lol. It's a round coffee table (low, but pretty wide) and a dining

Case 1:25-cr-00076-JMC    Document 35-13    Filed 12/02/25    Page 8 of 10

‹ 👤 +            4177 ⌄            ⋮

2:45 PM

+█████████ 0044 - Yeah, I thought it sounded like a long day, lol. It's a round coffee table (low, but pretty wide) and a dining room table (6x3ish) that my mom wants to save; she sounded confident that they'd fit, but we'll see...

2:49 PM

They went from 2 units down to one. But we'll get it in there. No worries. Lol

2:51 PM

+█████████ 0044 - Lol figures

2:51 PM

🖼  📷  +                    ☺  ᪲

 

Case 1:25-cr-00076-JMC   Document 35-13   Filed 12/02/25   Page 9 of 10

<  +   4177 ⌄   ⋮

figures

2:51 PM

Your dad said that there was no point in having 2 units and we all consolidated them into one unit. That lasted 2 weeks. Lol

2:55 PM

+[REDACTED]0044 - Laughed at "Your dad said that there was no point in having 2 units and we all consolidated them into one unit. That lasted 2 weeks. Lol"

2:57 PM

Monday, July 12, 2021

  +

||| ○ ‹

Case 1:25-cr-00076-JMC    Document 35-13    Filed 12/02/25    Page 10 of 10

< ＋ **4177** ⌄ ⋮

2:57 PM

Monday, July 12, 2021

Sorry for the late text Chloe. I need the exact Roseburg address so I can send it to one of my workers to meet us there tomorrow. Thanks.

11:47 PM

＋ 0044 - Sure, it's

11:52 PM

Thank you. We'll be there after we leave your granddad's house.

11:53 PM

Tuesday, July 13, 2021