**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 25-cr-00076-JMC** |
| | **:** | |
| **CORTNEY MERRITTS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ORDER GRANTING**
**UNITED STATES' MOTION TO DISCLOSE TAX RETURN INFORMATION**
*NUNC PRO TUNC* **TO NOVEMBER 26, 2025**

Upon consideration of the United States' Motion to Disclose Tax Return Information *Nunc Pro Tunc* to November 26, 2025, and any opposition thereto, and the record in this matter, it is this

_____ day of _____, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the United States may disclose Exhibits D1 and D2 United States' Opposition to Defendant's Motion in Limine to Prohibit the Government from Attributing the Act of Production of Corporate Records to Merritts (ECF No. 35); and it is further

ORDERED that the Clerk of the Court shall unseal the United States' Motion to Seal Two Exhibits to its Opposition to Defendant's Motion in Limine to Prohibit the Government from Attributing the Act of Production of Corporate Records to Merritts (ECF No. 36), and enter the motion, exhibits, and all related pleadings on the public docket; and it is further

ORDERED that the United States may disclose the tax return contained in Exhibit D2 at trial; and it is further

ORDERED that the United States may disclose the lack-of-records information contained in Exhibits D1 and D2 at trial (whether in the same form or in the form of IRS Form 3050s or testimony).

_____
JIA M. COBB
UNITED STATES DISTRICT JUDGE