FD-302 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    12/12/2023

**CONGRESSIONAL IDENTITY INFORMATION**

CII refers to information the FBI knows identifies Members of Congress or congressional staff by name or by individually identifying titles or characteristics. Members of Congress or congressional staff refers to any current Member of the Senate or the House of Representatives; any current staff officer of any Senator or Representative, whether paid or unpaid; and any current staff officer of any Senate or House committee, whether paid or unpaid.

Cortney Merritts was interviewed at his residence, ███████████████████, ███████████████████████ After being advised of the identity of the interviewing agents and the nature of the interview, Merritts provided information regarding security services to the Cori Bush for Congress Campaign.

*This was a voluntary, non-custodial, surreptitiously recorded interview. The resulting audio recordings will be maintained by the ELSUR Unit for evidentiary storage and will be maintained in the case file as serial 95 (1D17) and 96 (1D18).*

During the conversation with Mr. Merritts, Cori Bush called Merritts on his cell phone. The agents overheard Bush saying something to the effect of "...let me call you back on Signal."

SA Giardina took the attached photo of Merritt's phone during the interview.

At the conclusion of the interview ████████████████ subpoena #███████████████ was served to Merritts.

**UNCLASSIFIED//FOUO**

Investigation on    12/06/2023    at    Washington, District Of Columbia, United States (In Person)

File #    56D-WF-3734601                                    Date drafted    12/07/2023

by    MAJOR-WAITHE ASIA, Walter B. Giardina

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-002530