| | |
|---|---|
| **From:** | dcd cmecf_cr |
| **To:** | Miller, Emily (USADC) |
| **Cc:** | Villamizar, Liliana (USADC) |
| **Subject:** | [EXTERNAL] RE: Filings to Place Under Seal ASAP |
| **Date:** | Tuesday, December 2, 2025 10:09:28 AM |

Of course. And unfortunately, it would not be possible for us to see who has viewed/downloaded the exhibits.

Thank you,

**Mari Giron**
Criminal Case Administrator
United States District & Bankruptcy Courts
For the District of Columbia
333 Constitution Ave NW, Washington, DC 20001
Maricarmen_Giron@dcd.uscourts.gov | 202-354-3062
Website: www.dcd.uscourts.gov

**From:** Miller, Emily (USADC) <Emily.Miller2@usdoj.gov>
**Sent:** Tuesday, December 2, 2025 9:47 AM
**To:** dcd cmecf_cr <dcd_cmecf_cr@dcd.uscourts.gov>
**Cc:** Villamizar, Liliana (USADC) <Liliana.Villamizar2@usdoj.gov>
**Subject:** RE: Filings to Place Under Seal ASAP

**CAUTION - EXTERNAL:**

Thank you again for doing this. Is it possible to find out whether anyone other than defense counsel or the government has viewed or downloaded the exhibits to the opposition?

**From:** dcd cmecf_cr <dcd_cmecf_cr@dcd.uscourts.gov>
**Sent:** Tuesday, December 2, 2025 8:00 AM
**To:** Miller, Emily (USADC) <Emily.Miller2@usdoj.gov>
**Cc:** Villamizar, Liliana (USADC) <Liliana.Villamizar2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Filings to Place Under Seal ASAP

Good morning,

We have locked down the documents for entry number 31 on 25-cr-76 as requested. The entry cannot remain under seal without a motion for leave to file under seal though. A motion for leave to file either the entire entry or those specific exhibits will need to be filed. If only those exhibits need to be sealed and you plan to file the memorandum with the public exhibits, please let us know so that we may enter ECF 31 in error as well.

Thank you,

**Mari Giron**
Criminal Case Administrator
United States District & Bankruptcy Courts
For the District of Columbia
333 Constitution Ave NW, Washington, DC 20001
Maricarmen_Giron@dcd.uscourts.gov | 202-354-3062
Website: www.dcd.uscourts.gov

---

**From:** Miller, Emily (USADC) <Emily.Miller2@usdoj.gov>
**Sent:** Monday, December 1, 2025 4:39 PM
**To:** dcd cmecf_cr <dcd_cmecf_cr@dcd.uscourts.gov>
**Cc:** Villamizar, Liliana (USADC) <Liliana.Villamizar2@usdoj.gov>
**Subject:** Filings to Place Under Seal ASAP
**Importance:** High

<mark>**CAUTION - EXTERNAL:**</mark>


Good afternoon,

I filed the attached documents last week, and although they are redacted, upon further reflection, I believe they need to be placed under seal asap. Can you please help me place these exhibits under seal?

Thank you very much for your assistance.

Regards,
AUSA Emily A. Miller
202-604-7562

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>