| | |
|---|---|
| **From:** | Tiffany Gough |
| **To:** | Miller, Emily (USADC) |
| **Cc:** | Rothstein, Joshua (USADC); Kelly, Brian (USADC) |
| **Subject:** | [EXTERNAL] RE: ECF |
| **Date:** | Tuesday, December 16, 2025 4:19:29 PM |

Hi Emily,

PACER is able to tell the court (and we cannot disseminate it outside of the court) who accessed the document.  If no one accessed it, I will let you know that.  Also, they cannot tell us if anyone accessed it at the public terminal (they would have to be searching that specific case) or via NEF  (they would have had to receive a NEF (notice of electronic filing) in the case.)

What is the case number and document number?

Thanks!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



*Tiffany N. Gough*

**ECF Coordinator**

333 Constitution Avenue, NW

Washington, DC 20001

**202.354.3064**

---

**From:** Miller, Emily (USADC) <Emily.Miller2@usdoj.gov>
**Sent:** Tuesday, December 16, 2025 4:15 PM
**To:** Tiffany Gough <Tiffany_Gough@dcd.uscourts.gov>
**Cc:** Rothstein, Joshua (USADC) <Joshua.Rothstein@usdoj.gov>; Kelly, Brian (USADC) <Brian.Kelly3@usdoj.gov>
**Subject:** ECF

**CAUTION - EXTERNAL:**

Hi Tiffany,

We have a case where I filed some documents in error and then had them sealed when I realized. We need to find out if anyone accessed their contents and/or downloaded them while they were public. Is that possible?

Thank you!

Emily

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.