| | |
|---|---|
| **From:** | Tiffany Gough |
| **To:** | Miller, Emily (USADC) |
| **Cc:** | Rothstein, Joshua (USADC); Kelly, Brian (USADC) |
| **Subject:** | [EXTERNAL] RE: ECF |
| **Date:** | Wednesday, December 17, 2025 8:53:14 AM |

Good Morning,

Only government counsel viewed the 2 exhibits in question. However, **"please keep in mind that PACER does not track all document access. Our records do not include access via the NEF or public terminals."** Just FYI- there are 2 media folks that received the NEF and there is no way for us to know if they viewed the documents.

Thank you,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



*Tiffany N. Gough*

**ECF Coordinator**

333 Constitution Avenue, NW

Washington, DC 20001

**202.354.3064**

**From:** Miller, Emily (USADC) <Emily.Miller2@usdoj.gov>
**Sent:** Tuesday, December 16, 2025 4:23 PM
**To:** Tiffany Gough <Tiffany_Gough@dcd.uscourts.gov>
**Cc:** Rothstein, Joshua (USADC) <Joshua.Rothstein@usdoj.gov>; Kelly, Brian (USADC) <Brian.Kelly3@usdoj.gov>
**Subject:** RE: ECF

<mark>**CAUTION - EXTERNAL:**</mark>

Hello! I don't need to know who, just whether anyone NOT getting NEFs did so. What do you mean searching at the public terminal? Whatever you can provide would be most helpful. It is case 25-cr-76, and I believe the docket number was 33. It is the one that says entered in error. (Sorry, working from one tiny screen in Mexico....).

**From:** Tiffany Gough <Tiffany_Gough@dcd.uscourts.gov>
**Sent:** Tuesday, December 16, 2025 4:19 PM
**To:** Miller, Emily (USADC) <Emily.Miller2@usdoj.gov>
**Cc:** Rothstein, Joshua (USADC) <Joshua.Rothstein@usdoj.gov>; Kelly, Brian (USADC)

<Brian.Kelly3@usdoj.gov>
**Subject:** [EXTERNAL] RE: ECF

Hi Emily,

PACER is able to tell the court (and we cannot disseminate it outside of the court) who accessed the document.  If no one accessed it, I will let you know that.  Also, they cannot tell us if anyone accessed it at the public terminal (they would have to be searching that specific case) or via NEF  (they would have had to receive a NEF (notice of electronic filing) in the case.)

What is the case number and document number?

Thanks!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 *Tiffany N. Gough*
**ECF Coordinator**
333 Constitution Avenue, NW
Washington, DC 20001
**202.354.3064**

**From:** Miller, Emily (USADC) <Emily.Miller2@usdoj.gov>
**Sent:** Tuesday, December 16, 2025 4:15 PM
**To:** Tiffany Gough <Tiffany_Gough@dcd.uscourts.gov>
**Cc:** Rothstein, Joshua (USADC) <Joshua.Rothstein@usdoj.gov>; Kelly, Brian (USADC) <Brian.Kelly3@usdoj.gov>
**Subject:** ECF

<mark>**CAUTION - EXTERNAL:**</mark>

Hi Tiffany,

We have a case where I filed some documents in error and then had them sealed when I realized. We need to find out if anyone accessed their contents and/or downloaded them while they were public. Is that possible?

Thank you!
Emily

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.