| | |
|---|---|
| **From:** | Miller, Emily (USADC) |
| **To:** | Kelly, Brian (USADC); "Justin Gelfand" |
| **Cc:** | Joseph DiRuzzo; Sibay, Rami (USADC) |
| **Subject:** | Re: Merritts: Touhy Regulations Letter |
| **Date:** | Monday, December 1, 2025 8:41:56 PM |
| **Attachments:** | image001.png |

Good evening,

I attached a couple of exhibits (D1 and D2) to our opposition (ECF No. 31) to your attribution motion, which exhibits we received from the IRS in response to an ex parte order. I plan to file a motion with the court in the morning to authorize disclosure of those exhibits. In the interim, I emailed the Clerk's office and ask them to put the exhibits under seal. Please let me know if you have any objection to disclosure so I can note it in our motion. Thank you.

Regards,

Emily Miller

