## UNITED STATES OF AMERICA

| Government | ✔ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

VS.

**CORTNEY MERRITTS**

Criminal No.  **25-cr-76 (JMC)**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | BATES NUMBER | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 002 | 2020.04.03 Intake Application for EIDL Loan, Application Number 3302121950 | USAO-009635 | 1/13/2026 | 1/13/2026 | Michael Burchfiel |
| 003 | 2020.05.11 Cortney Merritts Credit Report for EIDL Loan, Application Number 3302121950 | USAO-009632 | 1/13/2026 | 1/13/2026 | Michael Burchfiel |
| 004 | 2020.05.30 Loan Authorization and Agreement for EIDL Loan, Loan Number 5872137804, Application Number 3302121950 | USAO-009644 | 1/13/2026 | 1/13/2026 | Michael Burchfiel |
| 005 | 2020.05.30 Certificate of Completion for Envelope ID AD04ECF4A6004EEC8BF5726B8BEB5D7A | USAO-001811 | 1/13/2026 | 1/13/2026 | Michael Burchfiel |
| 008 | Application Overview for EIDL Loan, Loan Number 5872137804, Application Number 3302121950 | USAO-009624 | 1/13/2026 | 1/13/2026 | Michael Burchfiel |
| 010 | 2023.06.12 Charge Off Display for EIDL Loan, Loan Number 5872137804, Application Number 19174718 | USAO-009672 | 1/13/2026 | 1/13/2026 | Michael Burchfiel |
| 011 | Loan Comments and Chron List for EIDL Loan, Loan Number 5872137804, Application Number 19174718 | USAO-009619 | 1/13/2026 | 1/13/2026 | Michael Burchfiel |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | BATES NUMBER | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 013 | 2020.07.08 Intake Application for EIDL Loan, Application Number 3309448240 | USAO-009610 | 1/13/2026 | 1/13/2026 | Michael Burchfiel |
| 014 | Application Overview for EIDL Loan, Application Number 3309448240 | USAO-009601 | 1/13/2026 | 1/13/2026 | Michael Burchfiel |
| 101 | Application for PPP Loan, Application Number 29533114 | USAO-002508 | 1/14/2026 | 1/14/2026 | Christine Nell |
| 102 | 2021.04.22 Borrower Application Form for PPP Loan | USAO-009565 | 1/14/2026 | 1/14/2026 | SA Asia Major-Waithe |
| 103 | 2021.04.22 Lender's Application Form for PPP Loan | USAO-009571 | 1/14/2026 | 1/14/2026 | SA Asia Major-Waithe |
| 104 | Draft Schedule C for PPP Loan | USAO-009554 | 1/14/2026 | 1/14/2026 | SA Asia Major-Waithe |
| 105 | 2020.02.21 NFCU Account Statement for PPP Loan | USAO-009549 | 1/14/2026 | 1/14/2026 | SA Asia Major-Waithe |
| 107 | Driver's License (Front) for PPP Loan | USAO-009559 | 1/14/2026 | 1/14/2026 | SA Asia Major-Waithe |
| 108 | Driver's License (Back) for PPP Loan | USAO-009558 | 1/14/2026 | 1/14/2026 | SA Asia Major-Waithe |
| 109 | Photograph | USAO-009560 | 1/14/2026 | 1/14/2026 | SA Asia Major-Waithe |
| 118 | 2021.04.29 Note for PPP Loan Number 1618388910 | USAO-009577 | 1/14/2026 | 1/14/2026 | SA Asia Major-Waithe |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | BATES NUMBER | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 120 | 2022.07.11 Loan Forgiveness Application for PPP Loan Number 1618388910 | USAO-002630 | 1/14/2026 | 1/14/2026 | Christine Nell |
| 123 | 2022.07.18 Notice of Loan Forgiveness Payment for PPP Loan Number 1618388910 | USAO-002632 | 1/14/2026 | 1/14/2026 | Christine Nell |
| 125 | Blank PPP Borrower Application Form | USAO-010738 | 1/14/2026 | 1/14/2026 | Christine Nell |
| 201 | NFCU Bank Records | USAO-000966 | 1/14/2026 | 1/14/2026 | SA Asia Major-Waithe |
| 202 | Summary Exhibit - NFCU 2019 Activity | USAO-010907 | 1/15/2026 | 1/15/2026 | Brian Marchelewski |
| 203 | Summary Exhibit - NFCU 2020 Activity | USAO-010908 | 1/15/2026 | 1/15/2026 | Brian Marchelewski |
| 204 | Summary Exhibit - Cash Withdrawals 2019 | USAO-010909 | 1/15/2026 | 1/15/2026 | Brian Marchelewski |
| 205 | Summary Exhibit - Cash Withdrawals 2020 | USAO-010910 | 1/15/2026 | 1/15/2026 | Brian Marchelewski |
| 206R | Summary Exhibit - Daily Balance | USAO-010911 | 1/15/2026 | 1/15/2026 | Brian Marchelewski |
| 207 | Summary Exhibit - Merritts Expenses 2019-21 | USAO-011250 | 1/15/2026 | 1/15/2026 | Brian Marchelewski |
| 208 | Summary Exhibit – NFCU 2021 Activity | | 1/20/2026 | 1/20/2026 | Brian Marchelewski |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | BATES NUMBER | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 209 | Summary Exhibit – PayPal 2019-21 Activity | | 1/20/2026 | 1/20/2026 | Brian Marchelewski |
| 210 | Summary Exhibit – Venmo 2019-21 Activity | | 1/20/2026 | 1/20/2026 | Brian Marchelewski |
| 211 | 211: Summary Exhibit – CashApp 2019-21 Activity | | 1/20/2026 | 1/20/2026 | Brian Marchelewski |
| 303 | IRS Form 1040 for Tax Year 2019 | USAO-002774 | 1/15/2026 | 1/15/2026 | Renee McClain |
| 304 | IRS Account Transcripts for Cortney Merritts (2019-22) | USAO-011239 | 1/15/2026 | 1/15/2026 | Renee McClain |
| 308 | IRS Guide to Using the Non-Filers: Enter Payment Info Here Tool to Get an Economic Impact Payment | USAO-011327 | 1/15/2026 | 1/15/2026 | Renee McClain |
| 602-1 | Cortney Merritts Email | USAO-005486 | 1/20/2026 | 1/20/2026 | SA Asia Major-Waithe |
| 602-2 | Cortney Merritts Email | USAO-005451 | 1/20/2026 | 1/20/2026 | SA Asia Major-Waithe |
| 607 | 2024.03.01 Vetted Subpoena | USAO-004607 | 1/14/2026 | 1/14/2026 | SA Asia Major-Waithe |