CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

CORTNEY MERRITTS

Civil/Criminal No.: 25-cr-76 (JMC)

### NOTE FROM JURY

At this time, the jury is at a standstill on making a decision on both Count 1 and Count 2. Is there anything that we can do to help continue the deliberation process move forward?

Date: 01/21/2026

Time: 2:07 pm