CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

CORTNEY MERRITTS

Civil/Criminal No.: 25-cr-76 (JMC)

## NOTE FROM JURY

Can we please get a ~~little~~ more in depth explaination of "intent to defraud"? ~~[scribbled out text]~~ How do you define a loss on a payable loan?

Date: 01/22/2026

Time: 4:20pm