CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

CORTNEY MERRITTS

)
)
)
)
)
)
)

Civil/Criminal No.: 25-cr-76 (JMC)

### NOTE FROM JURY

Thank you for the clarification this morning. After evaluating the response this morning, the jury is still at an impass. Please let us know how to move forward when personal judgements have been clearly expressed and that judgement will not change regardless of any further discussion.

Date: 01/23/2026

Time: 11:45am

FOREPERSON